1  JOHNSON & PHAM, LLP
   Christopher D. Johnson, SBN: 222698
2      E-mail: cjohnson@johnsonpham.com
3  Christopher Q. Pham, SBN: 206697
      E-mail: cpham@johnsonpham.com
4  Marcus F. Chaney, SBN: 245227
      E-mail: mchaney@johnsonpham.com
5
  6355 Topanga Canyon Boulevard, Suite 115
6  Woodland Hills, California 91367
7  Telephone:  (818) 888-7540
  Facsimile:  (818) 888-7544
8

9  Attorneys for Plaintiff
  BEACHBODY, LLC
10

11

12          **UNITED STATES DISTRICT COURT**

13          **CENTRAL DISTRICT OF CALIFORNIA**

14

15  BEACHBODY, LLC, a California      Case No.  SACV 11-00219
16  Limited Liability Company,                   JST (RNBx)

17        Plaintiff,               **COMPLAINT FOR DAMAGES:**

18      vs.
                             **(1) FEDERAL TRADEMARK**
19                                **INFRINGEMENT [15 U.S.C. §**
20  PRASHANT VIRA, an Individual d/b/a          **1114/Lanham Act §32(a)]**
  SWIFT UNLOCKS, and Does 1-10,         **(2) FEDERAL COPYRIGHT**
21  Inclusive,                          **INFRINGEMENT [17 U.S.C.**
22                                  **§501(a)];**
        Defendants.             **(3) FALSE DESIGNATION OF**
23                                **ORIGIN/UNFAIR**
24                                **COMPETITION [15 U.S.C.**
                             **§1125(a)/Lanham Act §43(a)];**
25                         **(4) TRADEMARK DILUTION [15**
26                          **U.S.C. §1125(c)];**
                           **(5) UNFAIR BUSINESS**
27                          **PRACTICES [*CALIFORNIA***
                           ***BUSINESS & PROFESSIONS***
28                        ***CODE* §17200];**

**(6) UNFAIR COMPETITION**
**(California Common Law); and**
**(7) UNJUST ENRICHMENT**

**DEMAND FOR JURY TRIAL**

COMES NOW, Plaintiff BEACHBODY, LLC (hereinafter "Plaintiff"), to hereby file its Complaint against PRASHANT VIRA, and Does 1-10, inclusive (collectively "Defendants").

## PARTIES

1.      Plaintiff is now, and was at the time of the filing of this Complaint and at all intervening times, a California Limited Liability Company, duly authorized and licensed to conduct business in California, with its principal place of business in California.

2.      Plaintiff is informed and believes that PRASHANT VIRA is now, and was at the time of the filing of this Complaint and at all intervening times, an individual doing business as SWIFT UNLOCKS residing at 8504 East Woodcove Dr., #126, Anaheim, CA 92808.

3.      The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants herein named as Does 1-10, inclusive, are unknown to Plaintiff.  Plaintiff therefore sues said Defendants by such fictitious names.   When the true names and capacities of said Defendants have been ascertained, Plaintiff will amend this pleading accordingly.

4.      Plaintiff further alleges that PRASHANT VIRA, and Does 1-10, inclusive, sued herein by fictitious names are jointly, severally and concurrently liable and responsible with the named Defendants upon the causes of action hereinafter set forth.

5.      Plaintiff is informed and believes and thereon alleges that at all times mentioned herein PRASHANT VIRA, and Does 1-10, inclusive, and each of them,

1    were the agents, servants and employees of every other Defendant and the acts of

2    each Defendant, as alleged herein, were performed within the course and scope of

3    that agency, service or employment.

4                    **JURISDICTIONAL ALLEGATIONS**

5         6.    This Court has Federal subject matter jurisdiction over this matter

6    pursuant to 28 U.S.C. §§1331 and 1338(a) and (b), in that the case arises out of

7    claims for trademark infringement, false designation of origin, unfair competition

8    and dilution under the Lanham Act (15 *U.S.C.* §1051 *et seq.*), and copyright

9    infringement under 17 U.S.C. §501(a); and this Court has supplemental jurisdiction

10   pursuant to 28 U.S.C. §§1367(a) and 1338 (a)(b).

11        7.    Venue is proper, *inter alia*, pursuant to 28 U.S.C. §1391(b) because

12   on information and belief, a substantial part of the events or omissions giving rise

13   to the claim occurred in this judicial district, and has caused damages to Plaintiff in

14   this district.

15        8.    Personal jurisdiction exists over Defendants because on information

16   and belief, Defendants conduct business in California and in this judicial district,

17   have purposefully directed action to California and this district, or have otherwise

18   availed themselves of the privileges and protections of the laws of the State of

19   California, such that this Court's assertion of jurisdiction over Defendants does not

20   offend traditional notions of fair play and due process.

21                    **GENERAL ALLEGATIONS**

22            **Plaintiff and its Well-Known Fitness Products**

23        9.    Plaintiff is a health, wellness and fitness company involved in, among

24   other things, the development, production, sale, and distribution of in-home fitness,

25   weight loss, and health products.   One of the main components of Plaintiff's

26   business encompasses the production, sale and distribution of its BEACHBODY®

27   family of fitness DVDs and kits, including its famous P90X® Extreme Home

28   Fitness fitness DVDs and kits.  Plaintiff's BEACHBODY®- and P90X®-branded

1  products and services have achieved great success since their introduction in 1999

2  and 2003, respectively.

3      10.   The success of Plaintiff's BEACHBODY and P90X products and

4  services is due in part to Plaintiff's marketing and promotional efforts.  These

5  efforts include advertising and promotion through Plaintiff's websites, print and

6  other internet-based advertising, in-person and televised promotional appearances

7  by its trainers, and its infomercials, among other efforts.  Plaintiff has spent

8  substantial time, money and effort in building up and developing consumer

9  recognition, awareness and goodwill in its BEACHBODY and P90X products,

10  services and marks.  For example, Plaintiff has spent close to one hundred million

11  dollars ($100,000,000.00) to air its television infomercials in 2009 alone.  On each

12  P90X Extreme Home Fitness kit, in each infomercial, and in each piece of

13  marketing material for P90X products, both the P90X® and BEACHBODY®

14  marks are displayed.

15      11.   The success of the P90X DVDs, kits and other products and services

16  is not due to the Plaintiff's promotional efforts alone.  Rather, the popularity of

17  P90X is also due to its consumers, and the word of mouth buzz consumers have

18  generated.  Success stories of countless individuals who have utilized P90X to help

19  achieve their respective fitness goals are far too numerous to recount, but include

20  stories from all types of people ranging from your average men and women in

21  almost all age groups, to well-trained professional athletes and celebrities looking

22  to stay fit and in shape.  In fact, a wide array of newspapers, magazines and

23  television networks has featured stories in which prominent celebrities and

24  professional athletes have enthusiastically described their experience and success

25  with the P90X Extreme Home Fitness Kit.

26      12.   As a result of Plaintiff's efforts, the quality of Plaintiff's products, and

27  the promotion and word of mouth buzz, the BEACHBODY® and P90X® marks

28  and the BEACHBODY® and P90X® DVDs, products, and services have been

1  prominently placed in the minds of the public.  Consumers, purchasers and the
2  members of the public have become familiar with the Plaintiff's fitness DVDs and
3  other products and services, and have come to recognize the BEACHBODY and
4  P90X marks, products and services and associate them exclusively with Plaintiff –
5  Plaintiff has acquired a valuable reputation and goodwill among the public as a
6  result of such association.  Indeed, the BEACHBODY and P90X marks are famous
7  in the United States.

8          13.    In addition to the above, Plaintiff also owns or otherwise controls
9  copyrights in and related to the P90X Extreme Home Fitness kit.  Plaintiff's rights
10 protect the entirety of the kit as well as the many works therein.

11         14.    While Plaintiff has gained significant common law trademark and
12 other rights in its BEACHBODY and P90X products and services though its use,
13 advertising and promotion, Plaintiff has also protected its valuable rights by filing
14 for and obtaining federal trademark and copyright registrations.

15         15.    For example, Plaintiff owns the following United States Trademark
16 Registrations for the "P90X" marks: U.S. Reg. Nos. 2843063; 2973356; 3444723;
17 and 3669400.  These are attached hereto as Exhibits A - D.

18         16.    Similarly, Plaintiff owns the following U.S. trademark registrations
19 for its BEACHBODY related marks: U.S. Reg. Nos. 2862904; 3450708; 2873866;
20 and 2665151.  These are attached hereto as Exhibits E - H.

21         17.    Plaintiff also owns several United States Copyright Registrations
22 relating to its P90X fitness DVDs and products.  For example, Plaintiff owns the
23 following:  Certificate of Registration number PA 0001324687; TX 0006569236;
24 PA 0001606153; and PA 0001609963. These are attached hereto as Exhibits I – L.

25         18.    Plaintiff  has  never  authorized  or  consented  to  the  use  of
26 BEACHBODY®, P90X® or any confusingly similar marks by Defendants; nor
27 has Plaintiff authorized Defendants to manufacture, copy, sell, or distribute any
28 BEACHBODY or P90X product.

## Defendants' Wrongful and Infringing Conduct

1    19.    Particularly in light of the success of Plaintiff and Plaintiff's products as well as the reputation they have gained, Plaintiff and its products have become targets for unscrupulous individuals and entities who wish to take a free ride on both the goodwill, reputation and fame Plaintiff has spent considerable effort to build up in its products and marks, and the works embodied in Plaintiff's fitness products.

20.    A large number of these individuals and entities deal in pirated and counterfeit BEACHBODY®-branded DVDs and other products and services, including the famous P90X® Extreme Home Fitness products.  Their actions vary and include manufacturing, copying, exporting, importing, advertising, promoting, selling, and distributing counterfeit and otherwise unauthorized products.

21.    Plaintiff investigates and enforces against such activity, and through such efforts learned of Defendants, and Defendants' actions, advertising, sales and infringing conduct.  On March 28, 2010, Plaintiff purchased a counterfeit P90X Extreme Home Fitness Kit from Defendants, for a cost of $97.41 charged to the PayPal electronic payment account of Plaintiff's investigator.  A true and correct copy of the website purchase receipt is attached hereto as Exhibit M.

22.    The product purchased from Defendants was inspected to determine authenticity.  The inspection of the purchased item confirmed that the item Defendants sold to the investigator was in fact a counterfeit and unauthorized P90X Extreme Home Fitness Kit.

23.    By these sales – and, on information and belief, Defendants other dealings in counterfeit product (including importing, advertising, displaying, distributing, selling and/or offering to sell counterfeit and unauthorized product) – Defendants violate Plaintiff's exclusive rights in its copyrighted material, and use images and marks that are confusingly similar to, identical to, and/or constitute counterfeit reproductions of Plaintiff's trademarks to confuse consumers and aid in

1  the promotion and sales of its unauthorized product. Defendants' conduct and use
2  began long after Plaintiff's adoption and use of its BEACHBODY and P90X
3  trademarks, after Plaintiff obtained the copyright and trademark registrations
4  alleged above, and after Plaintiffs marks became famous. Indeed, Defendants had
5  knowledge of Plaintiff's ownership of the marks, and of the fame in such marks,
6  prior to the actions alleged herein, and adopted them in bad faith and with an intent
7  to cause confusion and dilute Plaintiff's marks. Neither Plaintiff nor any
8  authorized agents have consented to Defendants' use of Plaintiff's BEACHBODY
9  or P90X trademarks.

10       24.   Defendants' actions were committed in bad faith and with the intent to
11  dilute Plaintiff's marks, and to cause confusion and mistake, and to deceive the
12  consuming public and the public at large as to the source, sponsorship and/or
13  affiliation of Defendants, and/or Defendants' counterfeit and unauthorized goods.
14  By its wrongful conduct, Defendants have traded upon and diminished Plaintiff's
15  goodwill.

16       25.   In committing these acts, Defendants have, among other things,
17  willfully and in bad faith committed the following, all of which has and will
18  continue to cause irreparable harm to Plaintiff: (i) infringed and diluted Plaintiff's
19  rights in the BEACHBODY and P90X marks; (ii) infringed Plaintiff's copyrights;
20  (iii) applied counterfeit marks; (iv) misled the public into believing there is an
21  association or connection between Defendants and Plaintiff and/or the products
22  advertised and sold by Defendants and Plaintiff; (v) used false designations of
23  origin on or in connection with its goods and services; (vi) committed unfair
24  competition; (vii) and unfairly profited from such activity. Unless enjoined,
25  Defendants will continue to cause irreparable harm to Plaintiffs.

26  / / /
27  / / /
28  / / /

**FIRST CAUSE OF ACTION**

**(Infringement of Registered Trademarks Against PRASHANT VIRA, and**

**Does 1-10, Inclusive)**

**[15 U.S.C. §1114/Lanham Act §32(a)]**

26.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs 1-25.

27.    Plaintiff has continuously used its BEACHBODY® and P90X® marks in interstate commerce since at least as early as 1999 and 2003, respectively.

28.    Plaintiff, as the owner of all right, title and interest in and to the BEACHBODY and P90X marks, has standing to maintain an action for trademark infringement under the Trademark Statute 15 U.S.C. §1114.

29.    Defendants are and at the time of their actions complained of herein were actually aware that Plaintiff is the registered trademark holder of the P90X and BEACHBODY marks. (*See* Exhibits A - L).

30.    Defendants did not and failed to obtain the consent or authorization of Plaintiff as the registered owner of the marks to deal in and commercially distribute, market and sell P90X fitness DVDs and kits bearing Plaintiff's BEACHBODY and P90X marks into the stream of commerce.

31.    Defendants intentionally and knowingly used in commerce the reproductions, counterfeits, copies, and/ or colorable imitations of Plaintiff's registered marks in connection with the sale, offering for sale, distribution, or advertising of Defendant's goods by offering, advertising, promoting, retailing, selling, and distributing counterfeit P90X fitness DVDs and kits bearing the P90X and BEACHBODY marks.

32.    Defendants reproduced, counterfeited, copied, and colorably imitated Plaintiff's registered P90X and BEACHBODY marks and applied such reproductions, counterfeits, copies, or colorable imitations to labels, signs, prints, packages, wrappers, receptacles and/or advertisements intended to be used in

1    commerce upon or in connection with the sale, offering for sale, distribution,

2    and/or advertising of goods. Defendants thereupon offered, advertised, promoted,

3    retailed, sold, and distributed counterfeit P90X fitness DVDs and kits bearing the

4    P90X and BEACHBODY and marks.

5        33.    Defendants' egregious and intentional use and sale of fake, pirated

6    and counterfeit items bearing Plaintiff's trademarks is likely to cause confusion, or

7    to cause mistake, or to deceive, mislead, betray, and defraud consumers who

8    believe that Defendants' items are authentic products manufactured by Plaintiff.

9        34.    Defendants' acts have been committed with knowledge of Plaintiff's

10   exclusive rights and goodwill in the marks, as well as with bad faith and the intent

11   to cause confusion or to cause mistake and to deceive.

12       35.    Plaintiff has suffered and will continue to suffer substantial and

13   irreparable injury, loss and damage to its rights in and to the BEACHBODY and

14   P90X marks and the goodwill associated therewith, for which it has no adequate

15   remedy at law; thus Plaintiff requests injunctive relief.

16       36.    Defendants' continued and knowing use of Plaintiff's marks without

17   Plaintiff's consent or authorization constitutes intentional infringement of

18   Plaintiff's federally registered trademarks in violation of Section 32 of the *Lanham*

19   *Act*, 15 *U.S.C.* §1114. Based on such conduct, Plaintiff is entitled to injunctive

20   relief as well as monetary damages, and other remedies provided by section 1116,

21   1117, and 1118, including Defendants' profits, treble damages, reasonable

22   attorneys' fees, costs and prejudgment interest.

## SECOND CAUSE OF ACTION

### (Federal Copyright Infringement Against PRASHANT VIRA, and Does 1-10,

### Inclusive)

### [17 U.S.C. §501(a)]

27       37.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs

28   1-36.

1    38.    Plaintiff is the exclusive owner of copyrights in and related to its

2  P90X fitness DVDs and kits and possesses copyright registrations with the United

3  States Copyright Office relating to the same, including U.S. Copyright Registration

4  Numbers PA 0001324687, TX 0006569236, PA 0001606153, and PA 0001609963.

5  (*See* Exhibits A-L).

6    39.    Defendants did not seek and failed to obtain Plaintiff's consent or

7  authorization to utilize, manufacture, reproduce, copy, display, prepare derivative

8  works, distribute, sell, transfer, rent, perform, and/or market Plaintiff's copyright-

9  protected materials.

10    40.    Without permission, Defendants intentionally and knowingly

11  reproduced, counterfeited, copied, displayed, and/or manufactured Plaintiff's

12  protected works by offering, advertising, promoting, retailing, selling, distributing

13  counterfeit P90X fitness DVDs and kits which are at a minimum substantially

14  similar to Plaintiff's copyright protected works.

15    41.    Defendants' acts as alleged herein, constitute infringement of

16  Plaintiff's copyright, including Plaintiff's exclusive rights to reproduce, distribute

17  and/or sell such protected material.

18    42.    Defendants' knowing and intentional copyright infringement as

19  alleged herein has caused and will continue to cause substantial and irreparable

20  harm to Plaintiff and has and will continue to cause damage to Plaintiff. Plaintiff

21  is therefore entitled to injunctive relief, damages, Defendants' profits, increased

22  damages, and reasonable attorney's fees and costs.

23                         **THIRD CAUSE OF ACTION**

24    **(False Designation of Origin & Unfair Competition Against PRASHANT**

25                        **VIRA, and Does 1-10, Inclusive)**

26                    **[15 U.S.C. §1125(a)/Lanham Act §43(a)]**

27    43.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs

28  1-42.

44.   Plaintiff, as the owner of all common law right, title, and interest in and to the BEACHBODY and P90X marks, has standing to maintain an action for false designation of origin and unfair competition under the Federal Trademark Statute, Lanham Act section 43(a) (15 U.S.C. §1125). Plaintiff's BEACHBODY and P90X marks are inherently distinctive and/or have acquired distinctiveness.

45.   Defendants have without authorization, on or in connection with its goods and services, used in commerce marks that are confusingly similar to the BEACHBODY and P90X marks, and/or has made false designations of origin which are likely to cause confusion or cause mistake or to deceive as to the affiliation, connection or association of Defendants with Plaintiff, and/or as to the origin, sponsorship or approval of Defendants' goods or services or commercial activities.

46.   Defendants' conduct described above violates the Lanham Act, and Defendants have unfairly competed with and injured and, unless immediately restrained, will continue to injure Plaintiff, causing damage to Plaintiff in an amount to be determined at trial, and will cause irreparable injury to Plaintiff's goodwill and reputation associated with the value of Plaintiff's mark.

47.   On information and belief, the conduct of Defendants has been knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to deceive and in blatant disregard of Plaintiff's rights.

48.   Defendants knew or by the exercise of reasonable care should have known that their adoption and commencement of use in commerce and continuing use of marks that are confusingly similar to and constitute a counterfeit reproduction of Plaintiff's marks would cause confusion, mistake, or deception among purchasers, users and the public.

49.   Defendants' egregious and intentional use and sale of fake, pirated and counterfeit items bearing Plaintiff's trademarks unfairly competes with Plaintiff and is likely to cause confusion, mistake, or to deceive, mislead, betray,

1  and defraud consumers to believe that the substandard imitations are genuine P90X
2  DVDs or kits.

3       50.    Defendants' continuing and knowing use of Plaintiff's mark
4  constitutes false designation of origin and unfair competition in violation of
5  Section 43(a) of the Lanham Act, 15 U.S.C. §1125(a), causing Plaintiff to suffer
6  substantial and irreparable injury for which it has no adequate remedy at law.

7       51.    Defendants' wrongful conduct has permitted or will permit it to make
8  substantial sales and profits on the strength of Plaintiff's marketing, advertising,
9  sales and consumer recognition.  As a direct and proximate result of Defendants'
10  wrongful conduct, as alleged herein, Plaintiff has been and will be deprived of
11  sales of its P90X product in an amount as yet unknown but to be determined at
12  trial, and has been deprived and will be deprived of the value of its marks as
13  commercial assets in an amount as yet unknown but to be determined at trial.
14  Plaintiff seeks an accounting of Defendants' profits, and requests that the Court
15  grant Plaintiff three times that amount in the Court's discretion.

16       52.    Based on Defendants' wrongful conduct, Plaintiff is entitled to
17  injunctive relief as well as monetary damages, and other remedies as provided by
18  the Lanham Act, including Defendants' profits, treble damages, reasonable
19  attorneys' fees, costs and prejudgment interest.

## FOURTH CAUSE OF ACTION

### (Dilution Against PRASHANT VIRA, and Does 1-10, Inclusive)

### [15 U.S.C. §1125(c)]

23       53.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs
24  1-52.

25       54.    Plaintiff's BEACHBODY® and P90X® marks are distinctive and
26  famous within the meaning of the Lanham Act.

27       55.    Upon information and belief, Defendants' unlawful actions began
28  long after Plaintiff's mark became famous, and Defendants acted knowingly,

1   deliberately and willfully with the intent to trade on Plaintiff's reputation and to

2   dilute Plaintiff's mark. Defendants' conduct is willful, wanton and egregious.

3       56.   Defendants' intentional sale of fake, pirated and counterfeit items

4   bearing Plaintiff's marks is likely to cause confusion, mistake, or to deceive,

5   mislead, betray, and defraud consumers to believe that the substandard imitations

6   are genuine P90X Extreme Home Fitness kits. The actions of Defendants

7   complained of herein have diluted and will continue to dilute Plaintiff's marks, and

8   are likely to impair the distinctiveness, strength and value of Plaintiff's marks, and

9   injure the business reputation of Plaintiff and its marks.

10       57.   Defendants' acts have caused and will continue to cause Plaintiff

11   irreparable harm. Plaintiff has no adequate remedy at law to compensate it fully

12   for the damages that have been caused and which will continue to be caused by

13   Defendants' unlawful acts, unless they are enjoined by this Court.

14       58.   As the acts alleged herein constitute a willful violation of section

15   43(c) of the Lanham Act, 15 U.S.C. section 1125(c), Plaintiff is entitled to

16   injunctive relief as well as monetary damages and other remedies provided by 15

17   U.S.C. §§1116, 1117, 1118, and 1125(c), including Defendants' profits, treble

18   damages, reasonable attorney's fees, costs and prejudgment interest.

19                           **FIFTH CAUSE OF ACTION**

20   **(Unlawful, Unfair, Fraudulent Business Practices Against PRASHANT VIRA,**

21                        **and Does 1-10, Inclusive)**

22          *[California Business & Professions Code §17200 et seq.]*

23       59.   Plaintiff repeats and re-alleges every allegation set forth in Paragraphs

24   1-58.

25       60.   By marketing, advertising, promoting, selling and/or otherwise

26   dealing in the counterfeit P90X product, Defendants have engaged in unfair

27   competition including unlawful, unfair and fraudulent business practices in

28   violation of the California Business and Professions Code §17200 *et seq.*

61.   Defendants' marketing, advertising, promoting, selling and/or otherwise dealing in the counterfeit P90X product is in violation and derogation of Plaintiff's rights and is likely to cause confusion, mistake and deception among consumers and the public as to the source, origin, sponsorship, or quality of the goods of Defendant, thereby causing loss, damage and injury to Plaintiff and to the purchasing public. Defendants' conduct was intended to cause such loss, damage and injury.

62.   Defendants knew or by the exercise of reasonable care should have known that their marketing, advertising, promoting, selling and/or otherwise dealing in and their continuing marketing, advertising, promoting, selling and/or otherwise dealing in the counterfeit product would cause confusion mistake or deception among purchasers, users and the public.

63.   By marketing, advertising, promoting, selling and/or otherwise dealing in and their continuing marketing, advertising, promoting, selling and/or otherwise dealing in counterfeit versions of Plaintiffs marks and products, Defendants intended to and did induce and intends to and will induce customers to purchase its products by trading off the extensive goodwill built up by Plaintiff's in its marks.

64.   Upon information and belief, the conduct of Defendants has been knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to deceive, and in disregard of Plaintiff's rights.

65.   Defendants' wrongful conduct, as alleged above, has permitted and will permit them to make substantial sales and profits on the strength of Plaintiff's nationwide marketing, advertising, sales and consumer recognition.  As a direct and proximate result of Defendants' wrongful conduct, as alleged herein, Plaintiff has been and will be deprived of substantial sales of its products in an amount as yet unknown but to be determined at trial, and has been and will be deprived of the value of its trademarks as commercial assets, in an amount as yet unknown but to

1    be determined at trial.  Plaintiff seeks restitution in this matter, including an order

2    granting Defendants' profits stemming from its infringing activity, and its actual

3    and/or compensatory damages.

4        66.    Plaintiff has no adequate remedy at law for Defendants' continuing

5    violation of its rights set forth above.  Plaintiff seeks injunctive relief.

6        67.    Plaintiff further requests a court order that an asset freeze or

7    constructive trust be imposed over all monies in Defendants' possession which

8    rightfully belong to Plaintiff.

9                      **SIXTH CAUSE OF ACTION**

10   **(Unfair Competition Against PRASHANT VIRA, and Does 1-10, Inclusive)**

11                      **[California Common Law]**

12       68.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs

13   1-67.

14       69.    By marketing, advertising, promoting, selling and/or otherwise

15   dealing in the counterfeit P90X product, Defendants have engaged in unfair

16   competition including unlawful, unfair and fraudulent business practices in

17   violation of the common law of the State of California.

18       70.    Defendants' marketing, advertising, promoting, selling and/or

19   otherwise dealing in the counterfeit P90X product is in violation and derogation of

20   Plaintiff's rights and is likely to cause confusion, mistake and deception among

21   consumers and the public as to the source, origin, sponsorship, or quality of the

22   goods of Defendant, thereby causing loss, damage and injury to Plaintiff and to the

23   purchasing public.  Defendants' conduct was intended to cause such loss, damage

24   and injury.

25       71.    Defendants knew or by the exercise of reasonable care should have

26   known that their marketing, advertising, promoting, selling and/or otherwise

27   dealing in and their continuing marketing, advertising, promoting, selling and/or

28   otherwise dealing in the counterfeit product would cause confusion mistake or

1    deception among purchasers, users and the public.

2        72.    By marketing, advertising, promoting, selling and/or otherwise

3    dealing in and their continuing marketing, advertising, promoting, selling and/or

4    otherwise dealing in counterfeit versions of Plaintiffs marks and products,

5    Defendants intended to and did induce and intends to and will induce customers to

6    purchase its products by trading off the extensive goodwill built up by Plaintiff's in

7    its marks.

8        73.    Upon information and belief, the conduct of Defendants has been

9    knowing, deliberate, willful, intended to cause confusion, or to cause mistake or to

10   deceive, and in disregard of Plaintiff's rights.

11       74.    Defendants' wrongful conduct, as alleged above, has permitted and

12   will permit them to make substantial sales and profits on the strength of Plaintiff's

13   nationwide marketing, advertising, sales and consumer recognition.   As a direct

14   and proximate result of Defendants' wrongful conduct, as alleged herein, Plaintiff

15   has been and will be deprived of substantial sales of its products in an amount as

16   yet unknown but to be determined at trial, and has been and will be deprived of the

17   value of its trademarks as commercial assets, in an amount as yet unknown but to

18   be determined at trial.   Plaintiff seeks an order granting Defendants' profits

19   stemming from its infringing activity, and its actual and/or compensatory damages.

20       75.    Plaintiff has no adequate remedy at law for Defendants' continuing

21   violation of its rights set forth above.   Plaintiff seeks preliminary and permanent

22   injunctive relief.

23       76.    Plaintiff seeks exemplary or punitive damages for Defendants'

24   intentional misconduct.

25   / / /

26   / / /

27   / / /

28

1

## SEVENTH CAUSE OF ACTION

2 **(Unjust Enrichment Against PRASHANT VIRA, and Does 1-10, Inclusive)**

3      77.    Plaintiff repeats and re-alleges every allegation set forth in Paragraphs

4 1-76.

5      78.    By virtue of the egregious and illegal acts of Defendants as described

6 above, Defendants have been unjustly enriched in an amount to proven at trial.

7      79.    Defendants' retention of monies gained through its deceptive business

8 practices, infringement, acts of counterfeit and otherwise would serve to unjustly

9 enrich Defendants and would be contrary to the interests of justice.

10     **WHEREFORE**, Plaintiff BEACHBODY, LLC, prays for judgment against

11 Defendant PRASHANT VIRA, and Does 1-10, inclusive, and each of them, as

12 follows:

13     A. For an award of Defendants' profits and Plaintiff's damages in an amount

14        to be proven at trial for trademark infringement under 15 U.S.C.

15        §1114(a);

16     B. For an award of Defendants' profits and Plaintiff's damages in an amount

17        to be proven at trial for copyright infringement under 17 U.S.C. §501(a);

18     C. For an award of Defendants' profits and Plaintiff's damages in an amount

19        to be proven at trial for false designation of origin and unfair competition

20        under 15 U.S.C. §1125(a);

21     D. For an award of Defendants' profits and Plaintiff's damages in an amount

22        to be proven at trial for trademark dilution under 15 U.S.C. §1125(c);

23     E. In the alternative to actual damages and Defendants' profits for the

24        infringement and counterfeiting of Plaintiff's trademark pursuant to the

25        Lanham Act, for statutory damages pursuant to 15 U.S.C. §1117(c),

26        which election Plaintiff will make prior to the rendering of final

27        judgment;

28     F. In the alternative to actual damages and Defendants' profits pursuant to

17 U.S.C. §504(b), for statutory damages pursuant to 17 USC §504(c), which election Plaintiff will make prior to the rendering of final judgment;

G. For restitution in an amount to be proven at trial for unfair, fraudulent and illegal business practices under *Business and Professions Code* §17200;

H. For damages to be proven at trial for common law unfair competition;

I. For an injunction by this Court prohibiting Defendants from engaging or continuing to engage in the unlawful, unfair, or fraudulent business acts or practices described herein, including the advertising and/or dealing in any counterfeit product; the unauthorized use of any mark, copyright or other intellectual property right of Plaintiff; acts of trademark infringement or dilution; acts of copyright infringement; false designation of origin; unfair competition; and any other act in derogation of Plaintiff's rights;

J. For an order from the Court requiring that Defendants provide complete accountings and for equitable relief, including that Defendants disgorge and return or pay their ill-gotten gains obtained from the illegal transactions entered into and or pay restitution, including the amount of monies that should have been paid if Defendants' complied with their legal obligations, or as equity requires;

K. For an order from the Court that an asset freeze or constructive trust be imposed over all monies and profits in Defendants' possession which rightfully belong to Plaintiff;

L. For destruction of the infringing articles in Defendants' possession under 15 U.S.C. §1118 and 17 USC §503;

M. For treble damages suffered by Plaintiff as a result of the willful and intentional infringements and acts of counterfeiting engaged in by

1        Defendants, under 15 U.S.C. §1117(b);

2   N. For damages in an amount to be proven at trial for unjust enrichment;

3   O. For an award of exemplary or punitive damages in an amount to be

4        determined by the Court;

5   P. For Plaintiff's reasonable attorney's fees;

6   Q. For all costs of suit;

7   R. For such other and further relief as the Court may deem just and

8        equitable.

### DEMAND FOR JURY TRIAL

10      Plaintiff BEACHBODY, LLC, respectfully demands a trial by jury in this

11 action.

13 DATED:  February 4, 2011             JOHNSON & PHAM, LLP

15

16                   By: _____

                    Christopher D. Johnson, Esq.

17                     Christopher Q. Pham, Esq.

18                     Marcus F. Chaney, Esq.

                    Attorneys for Plaintiff

19                     BEACHBODY, LLC

# EXHIBIT A

Int. Cls.: 41 and 44

Prior U.S. Cls.: 100, 101 and 107

## United States Patent and Trademark Office

Reg. No. 2,843,063
Registered May 18, 2004

## SERVICE MARK
### PRINCIPAL REGISTER

## P90X

PRODUCT PARTNERS, LLC (CALIFORNIA LIM-
ITED LIABILITY JOINT STOCK COMPANY)

8383 WILSHIRE BLVD., SUITE 1050

BEVERLY HILLS, CA 90211

FOR: EDUCATIONAL SERVICES, NAMELY PHY-
SICAL FITNESS INSTRUCTION, IN CLASS 41 (U.S.
CLS. 100, 101 AND 107).

FIRST USE 2-18-2003; IN COMMERCE 2-18-2003.

FOR: DIETARY INSTRUCTION, NAMELY NU-
TRITIONAL COUNSELING SERVICES, IN CLASS 44
(U.S. CLS. 100 AND 101).

FIRST USE 2-18-2003; IN COMMERCE 2-18-2003.

OWNER OF U.S. REG. NOS. 2,594,003 AND
2,630,688.

SER. NO. 78-228,096, FILED 3-20-2003.

TRACY FLETCHER, EXAMINING ATTORNEY

# EXHIBIT B

Int. Cl.: 41

Prior U.S. Cls.: 100, 101, and 107

Reg. No. 2,973,356

United States Patent and Trademark Office

Registered July 19, 2005

## SERVICE MARK
### PRINCIPAL REGISTER



PRODUCT PARTNERS, LLC (CALIFORNIA LTD
LIAB CO)
8383 WILSHIRE BLVD., SUITE 1050
BEVERLY HILLS, CA 90211

FOR: EDUCATIONAL SERVICES, NAMELY IN-
STRUCTION IN THE USE OF EXERCISE EQUIP-
MENT AND DIET PROGRAMS, IN CLASS 41 (U.S.
CLS. 100, 101 AND 107).

FIRST USE 7-0-2003; IN COMMERCE 7-0-2003.

OWNER OF U.S. REG. NOS. 2,594,003 AND
2,630,688.

SN 78-255,848, FILED 5-29-2003.

BARBARA GAYNOR, EXAMINING ATTORNEY

# EXHIBIT C

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 3,444,723
Registered June 10, 2008

TRADEMARK
PRINCIPAL REGISTER

# P90X

PRODUCT PARNTERS, LLC (CALIFORNIA LTD
 LIAB CO)
SUITE 1050
8383 WILSHIRE BLVD.
BEVERLY HILLS, CA 90211

 FOR: PRE-RECORDED VIDEO TAPES, CAS-
SETTES, DVDS, AND CDS, FEATURING EXERCISE,
FITNESS AND DIETARY INFORMATION AND
INSTRUCTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

 FIRST USE 2-18-2003; IN COMMERCE 2-18-2003.

THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

 OWNER OF U.S. REG. NOS. 2,843,063, 2,869,491
AND OTHERS.

 SER. NO. 77-298,721, FILED 10-8-2007.

REBECCA GILBERT, EXAMINING ATTORNEY

# EXHIBIT D

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

**United States Patent and Trademark Office**

Reg. No. 3,669,400
Registered Aug. 18, 2009

## TRADEMARK
### PRINCIPAL REGISTER



PRODUCT PARTNERS LLC (CALIFORNIA LIM-
ITED LIABILITY COMPANY)
THIRD FLOOR
3301 EXPOSITION BLVD.
SANTA MONICA, CA 90404

FOR: PRE-RECORDED VIEO TAPES, CAS-
SETTES, DVDS AND CDS FEATURING EXERCISE,
FITNESS AND DIETARY INFORMATION AND
INSTRUCTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36
AND 38).

FIRST USE 7-21-2003; IN COMMERCE 7-21-2003.

OWNER OF U.S. REG. NOS. 2,843,063, 3,444,723
AND OTHERS.

THE MARK CONSISTS OF "P90X" IN BLOCK
LETTERS.

SER. NO. 77-714,401, FILED 4-15-2009.

JOHN GARTNER, EXAMINING ATTORNEY

# EXHIBIT E

Int. Cls.: 5, 9 and 41

Prior U.S. Cls.: 6, 18, 21, 23, 26, 36, 38, 44, 46, 51, 52, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,862,904
Registered July 13, 2004

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## BEACHBODY

PRODUCT PARTNERS, LLC (CALIFORNIA LIMITED LIABILITY CORPORATION)
8383 WILSHIRE BOULEVARD SUITE 1050
BEVERLY HILLS, CA 90211

FOR: MEAL REPLACEMENT PROTEIN BARS, DIETARY SUPPLEMENTS AND DIET AIDS, NAMELY VITAMINS AND MINERAL SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 5-10-1999; IN COMMERCE 5-10-1999.

FOR: PRE-RECORDED VIDEO TAPES, CASSETTES, DVDS, AND CDS, FEATURING EXERCISE, FITNESS AND DIETARY INFORMATION AND INSTRUCTION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-10-1999; IN COMMERCE 5-10-1999.

FOR: EDUCATIONAL SERVICES, NAMELY INSTRUCTION IN THE FIELDS OF EXERCISE EQUIPMENT, FITNESS EXERCISE, AND DIET AND NUTRITION PROGRAMS , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-10-1999; IN COMMERCE 5-10-1999.

OWNER OF U.S. REG. NO. 2,665,151.

SER. NO. 78-280,327, FILED 7-29-2003.

MARC LEIPZIG, EXAMINING ATTORNEY

# EXHIBIT F

Int. Cls.: 38, 41, and 44

Prior U.S. Cls.: 100, 101, 104, and 107

United States Patent and Trademark Office

Reg. No. 3,450,708

Registered June 17, 2008

## SERVICE MARK
### PRINCIPAL REGISTER

# BEACHBODY

PRODUCT PARTNERS, LLC (CALIFORNIA LTD LIAB CO)
SUITE 1050
8383 WILSHIRE BLVD.
BEVERY HILLS, CA 90211

FOR: PROVIDING ON-LINE ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG COMPUTER USERS CONCERNING EXERCISE; AUDIO AND VIDEO BROADCASTING SERVICES OVER THE INTERNET OR OTHER COMMUNICATIONS NETWORK, NAMELY, UPLOADING, POSTING, SHOWING, DISPLAYING, TAGGING AND ELECTRONICALLY TRANSMITTING INFORMATION, AUDIO, AND VIDEO CLIPS; PROVIDING ACCESS TO INFORMATION, AUDIO, AND VIDEO VIA WEBSITES, ONLINE FORUMS, CHAT ROOMS, LISTSERVS AND BLOGS OVER THE INTERNET; PROVIDING ON-LINE CHAT ROOMS AND ELECTRONIC BULLETIN BOARDS FOR TRANSMISSION OF MESSAGES AMONG USERS IN THE FIELD OF GENERAL INTEREST, IN CLASS 38 (U.S. CLS. 100, 101 AND 104).

FIRST USE 2-2-2004; IN COMMERCE 2-2-2004.

FOR: PROVIDING A WEB SITE FEATURING ON-LINE INSTRUCTION IN THE FIELD OF PHYSICAL EXERCISE AND NUTRITION AND TRACKING PROGRESS OF WORKOUTS; EDUCATIONAL SERVICES AND ON-LINE EDUCATIONAL SERVICES, NAMELY, PROVIDING INSTRUCTION IN THE FIELDS OF EXERCISE EQUIPMENT, PHYSICAL EXERCISE AND NUTRITION, AND INSTRUCTIONAL MATERIALS DISTRIBUTED IN CONNECTION THEREWITH; EDUCATIONAL SERVICES, NAMELY, TRACKING PROGRESS OF WORKOUTS FOR OTHERS; PROVIDING INFORMATION IN THE FIELD OF ENTERTAINMENT FEATURING INFORMATION ON REALITY BASED TELEVISION BY MEANS OF A GLOBAL COMPUTER NETWORK; ENTERTAINMENT SERVICES IN THE NATURE OF AN ON-GOING REALITY BASED TELEVISION PROGRAM; ENTERTAINMENT SERVICES, NAMELY, PROVIDING A REALITY BASED TELEVISION PROGRAM VIA A GLOBAL COMPUTER NETWORK; ENTERTAINMENT SERVICES, NAMELY, CONDUCTING CONTESTS; EDUCATION AND ENTERTAINMENT SERVICES, NAMELY, PROVIDING A WEBSITE FEATURING AUDIO CLIPS, VIDEO CLIPS, MUSICAL PERFORMANCES, MUSICAL VIDEOS, FILM CLIPS, PHOTOGRAPHS, OTHER MULTIMEDIA MATERIALS, AND INFORMATION IN THE FIELD OF AUDIO CLIPS, VIDEO CLIPS, MUSICAL PERFORMANCES, MUSICAL VIDEOS, FILM CLIPS, PHOTOGRAPHS, AND OTHER MULTIMEDIA MATERIALS; BLOGS FEATURING INFORMATION IN THE FIELD OF AUDIO CLIPS, VIDEO CLIPS, MUSICAL PERFORMANCES, MUSICAL VIDEOS, FILM CLIPS, PHOTOGRAPHS, AND OTHER MULTIMEDIA MATERIALS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 5-10-1999; IN COMMERCE 5-10-1999.

FOR: ONLINE DIET AND SUPPORT SERVICES, NAMELY, DIETARY AND NUTRITIONAL GUIDANCE AND WEIGHT REDUCTION DIET PLANNING AND SUPERVISION, IN CLASS 44 (U.S. CLS. 100 AND 101).

FIRST USE 5-10-1999; IN COMMERCE 5-10-1999.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,862,904, 3,078,168, AND OTHERS.

SN 77-265,117, FILED 8-27-2007.

FRED MANDIR, EXAMINING ATTORNEY

**EXHIBIT G**

Int. Cls.: 5, 9 and 41

Prior U.S. Cls.: 6, 18, 21, 23, 26, 36, 38, 44, 46, 51, 52, 100, 101 and 107

**United States Patent and Trademark Office**

Reg. No. 2,873,866
Registered Aug. 17, 2004

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER



PRODUCT PARTNERS, LLC (CALIFORNIA LIM-ITED LIABILITY CORPORATION)
8383 WILSHIRE BOULEVARD, SUITE 1050
BEVERLY HILLS, CA 90211

FOR: MEAL REPLACEMENT PROTEIN BARS, DIETARY SUPPLEMENTS AND DIET AIDS, NAME-LY VITAMINS AND MINERAL SUPPLEMENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND 52).

FIRST USE 6-0-2003; IN COMMERCE 6-0-2003.

FOR: PRE-RECORDED VIDEO TAPES, DVDS, AND CDS, FEATURING EXERCISE, FITNESS AND DIETARY INFORMATION AND INSTRUC-TION, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 6-0-2003; IN COMMERCE 6-0-2003.

FOR: EDUCATIONAL SERVICES, NAMELY IN-STRUCTION IN THE FIELDS OF EXERCISE EQUIP-MENT AND DIET PROGRAMS, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-0-2003; IN COMMERCE 6-0-2003.

OWNER OF U.S. REG. NO. 2,665,151.

SER. NO. 76-529,764, FILED 7-14-2003.

MARC LEIPZIG, EXAMINING ATTORNEY

# EXHIBIT H

Int. Cls.: 5, 9 and 41

Prior U.S. Cls.: 6, 18, 21, 23, 26, 36, 38, 44, 46, 51, 52,
100, 101 and 107

Reg. No. 2,665,151

## United States Patent and Trademark Office

Registered Dec. 24, 2002

## TRADEMARK
## SERVICE MARK
### PRINCIPAL REGISTER

## BEACH BODY

PRODUCT PARTNERS, LLC (CALIFORNIA LIM-
ITED LIABILITY COMPANY)
3340 OCEAN PARKWAY BLVD., SUITE 3040
SANTA MONICA, CA 90405

FOR: DIETARY SUPPLEMENTS AND DIET AIDS,
NAMELY VITAMINS AND MINERAL SUPPLE-
MENTS, IN CLASS 5 (U.S. CLS. 6, 18, 44, 46, 51 AND
52).

FIRST USE 5-10-1999; IN COMMERCE 5-10-1999.

FOR: PRE-RECORED VIDEO CASSETTES FEA-
TURING EXERCISE, FITNESS AND DIETARY IN-
FORMATION AND INSTRUCTION, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 5-10-1999; IN COMMERCE 5-10-1999.

FOR: EDUCATIONAL SERVICE, NAMELY IN-
STRUCTION IN THE USE OF EXERCISE EQUIP-
MENT AND DIET PROGRAMS, IN CLASS 41 (U.S.
CLS. 100, 101 AND 107).

FIRST USE 5-10-1999; IN COMMERCE 5-10-1999.

SER. NO. 76-046,578, FILED 3-17-2000.

JEFF DEFORD, EXAMINING ATTORNEY

# EXHIBIT I

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form PA**
For a Work of Performing Arts

**PA 1-324-657**

EFFECTIVE DATE OF REGISTRATION

**March 23, 2006**

Month          Day          Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**1** TITLE OF THIS WORK ▼

P90X Extreme Home Fitness Kit

PREVIOUS OR ALTERNATIVE TITLES ▼

NATURE OF THIS WORK ▼ See Instructions

Audiovisual work of various workouts

---

**2**

**a** NAME OF AUTHOR ▼

Product Partners, LLC

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in   USA

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼
photography recorded and printed text, charts and sounds

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c** NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼          Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of _____
Domiciled in _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a** YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED   This information must be given in all cases.
2005  Year

**b** DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK   Complete this information ONLY if this work has been published.
Month January   Day _____ Year 2005
Nation USA

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Product Partners, LLC
8383 Wilshire Blvd., Beverly Hills, CA 90211

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
MAR 23 2006
ONE DEPOSIT RECEIVED
MAR 23 2006
TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM PA |
|---|---|
| CHECKED BY | |
| CORRESPONDENCE<br>☐ Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5**
**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼ If your answer is No, do not check box A, B, or C.
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼            Year of Registration ▼

**6**
**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation. **a**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporate. ▼

N/A

See instructions
before completing
this space.

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼ **b**

N/A

**7**
**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account. **a**
Name ▼                                    Account Number ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼ **b**

Camille M. Miller, Esquire
1900 Market Street, 6th Floor
Philadelphia, PA 19103

Area code and daytime telephone number ( 215 ) 665-7273           Fax number ( 215 )701-2273
Email cmiller@cozen.com

**8**
**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶ { ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☑ authorized agent of **Claimant, Product Partners, LLC**
                  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Camille M. Miller                                    Date 3/21/06

Handwritten signature (X) ▼
☞  x

**9**
Certificate
will be
mailed in
window
envelope
to this
address:
Name ▼
Camille M. Miller, Esquire
Number/Street/Apt ▼
1900 Market Street
City/State/ZIP ▼
Philadelphia, PA 19103

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev. June 2002—20,000   Web Rev. June 2002   ⊕ Printed on recycled paper          U.S. Government Printing Office: 2000-461-113/20,021

# EXHIBIT J

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

TX 6-569-236

**EFFECTIVE DATE OF REGISTRATION**

5  7  07
Month   Day   Year

RATE CONTINUATION SHEET.

---

**1**

**TITLE OF THIS WORK ▼**

P90X.com (Website April 30, 2007)

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the
collective work in which the contribution appeared.   **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**

**a**

**NAME OF AUTHOR ▼**

Product Partners, LLC

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶ USA

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?    ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼
text, photographs

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?    ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.

2007 ◄ Year

**b**

**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK**
Complete this information ONLY if this work has been published.

Month April   Day 30   Year 2007

USA ◄ Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as
the author given in space 2. ▼

Product Partners, LLC
8383 Wilshire Blvd., Suite 1050
Beverly Hills, CA 90211

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in
space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
MAY 0 7 2007

**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**
MAY 0 7 2007

DO NOT WRITE HERE

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

See instructions before completing this space.

DO NOT WRITE HERE
Page 1 of __ pages

| EXAMINED BY | (sig) | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▶          Year of Registration ▶

**5**

---

**DERIVATIVE WORK OR COMPILATION**

Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

N/A

Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

N/A

**6**
**a**
**b**

See instructions before completing this space

---

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼

Cozen O'Connor                            DA93202

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

Camille M. Miller, Esquire
Cozen O'Connor
1900 Market Street, Philadelphia, PA 19103

Area code and daytime telephone number ▶ 215-665-7273          Fax number ▶ 215-701-2273
Email ▶ cmiller@cozen.com

**7**
**a**
**b**

---

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of Claimant, Product Partners LLC
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Camille M. Miller                                    Date ▶ 5/4/07

Handwritten signature (X) ▼ (signature)

**8**

---

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Camille M. Miller, Esquire
Number/Street/Apt ▼
1900 Market Street, 7th Floor
City/State/Zip ▼
Philadelphia, PA 19103

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# EXHIBIT K

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-606-153

**Effective date of
registration:**

December 21, 2007

## Title

| | |
|---|---|
| **Title of Work:** | P90X Version 2.3 Informercial |
| **Nature of Work:** | Audiovisual work - Infomercial |

## Completion/ Publication

| | | |
|---|---|---|
| **Year of Completion:** | 2005 | |
| **Date of 1st Publication:** | March 25, 2005 | **Nation of 1st Publication:** United States |

## Author

| | |
|---|---|
| ■ **Author:** | Product Partners, LLC |
| **Author Created:** | video production, music and compilation of exercises |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Anonymous:** | No      **Pseudonymous:** No |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Product Partners, LLC |
| | 8383 Wilshire Blvd., Suite 1050, Beverly Hills, CA 90211 |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | Based on prior version of infomercial; exercises preexisting |
| **Previously registered:** | No |
| **New material included in claim:** | new and revised video production, music and compilation of exercises |

## Certification

| | |
|---|---|
| **Name:** | Camille M. Miller |
| **Date:** | December 14, 2007 |

| | |
|---|---|
| **Correspondence:** | Yes |

IPN#:

Registration #:   PA0001606153

Service Request #:   1-30019589

Cozen O'Connor
Camille M. Miller, Esq.
1900 Market Street, IP Department
Philadelphia, PA 19103

**EXHIBIT L**

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## PA 1-609-963

**Effective date of
registration:**

September 25, 2008

---

## Title

**Title of Work:** P90X Infomercial Version 3 (2008)

## Completion/ Publication

**Year of Completion:** 2008

**Date of 1st Publication:** July 18, 2008    **Nation of 1st Publication:** United States

## Author

■        **Author:** Product Partners, LLC

**Author Created:** video production, music and compilation of exercises

**Work made for hire:** Yes

**Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Product Partners, LLC

8383 Wilshire Blvd., Suite 1050, Beverly Hills, CA, 90211, United States

## Limitation of copyright claim

**Material excluded from this claim:** music, lyrics, text (screenplay, scripts, other), photographs

**New material included in claim:** new and revised video production, music and compilation of exercises

## Certification

**Name:** Camille M. Miller

**Date:** September 3, 2008

**Correspondence:** Yes

IPN#:

Registration #:   PA0001609963

Service Request #:   1-91811851

camille m miller
1900 Market Street
IP Department
Philadelphia, PA 19103

# EXHIBIT M

Log Out  |  Help  |  Security Center           Search

**PayPal**

| My Account | Send Money | Request Money | Merchant Services | Products & Services | Community |

Overview   Add Funds   Withdraw   History   Resolution Center   Profile

## Transaction Details

eBay Payment Sent (Unique Transaction ID #0VJ84776RX3317439)

**Business Contact Information**

Customer Service Email: swiftunlocks@gmail.com

Total Amount: -$97.41 USD
Fee amount: $0.00 USD
Net amount: -$97.41 USD
Date: Mar 28, 2010
Time: 20:20:56 PDT
Status: Completed

| Item # | Item Title | Qty | Price | Subtotal |
|--------|-----------|-----|-------|----------|
| 130378556570 | Brand New P90X Extreme Home Fitness 13 DVDs Workout Set | 1 | $89.99 USD | $89.99 USD |

| | | | | |
|--|--|--|--|--|
| | Shipping & Handling via USPS Priority Mail (includes any seller handling fees): | | | -- |
| | Shipping Insurance : | | | -- |
| | Sales Tax (8.250% in CA): | | | $7.42 USD |
| | | | Total: | $97.41 USD |

Shipping Address: Chris Johnson
6355 Topanga Canyon Blvd
Ste 115
Woodland Hills, CA 91367
United States
Confirmed 🔲

Payment To: Swift Unlocks   (The recipient of this payment is Verified)
Seller's ID: swiftsales714
Seller's Email: swiftunlocks@gmail.com

Funding Type: Instant Transfer
Funding Source: $97.41 USD - wamu Checking (Confirmed) x-2463
Back Up Funding Source: MasterCard Card XXXX-XXXX-XXXX-2017

**Original Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 28, 2010 | Payment To Swift Unlocks | Completed | -- | -$97.41 USD |

**Related Transaction**

| Date | Type | Status | Details | Amount |
|------|------|--------|---------|--------|
| Mar 28, 2010 | Add Funds from a Bank Account | Completed | Details | $97.41 USD |

Need help? If you have problems with a transaction or would like assistance settling a dispute with your seller, visit the Resolution Center. PayPal strongly recommends attempting to resolve this issue directly with the merchant or seller whenever possible.

Description: Swift Unlocks

Return to My Account

Copyright © 1999-2010 PayPal. All rights reserved.
Information about FDIC pass-through insurance

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐)<br>BEACHBODY, LLC, a California Limited Liability Company, | DEFENDANTS<br>PRASHANT VIRA, an Individual d/b/a SWIFT UNLOCKS, and Does 1-10, Inclusive, |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)<br><br>JOHNSON & PHAM, LLP<br>6355 Topanga Canyon Blvd., Suite 115, Woodland Hills, CA 91367<br>Tel. No.: (818) 888-7540 Fax: (818) 888-7544 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | BANKRUPTCY | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 422 Appeal 28 USC 158 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | ☐ 423 Withdrawal 28 USC 157 | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | CIVIL RIGHTS | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☑ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 442 Employment | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | | | | |
| | ☐ 290 All Other Real Property | | | | |

*SACV 11-00219*

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No  ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
  ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D.  Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐  Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, CA | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐  Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Orange County, CA |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles, CA | |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____    Date 2/4/2011

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Josephine Tucker and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

## SACV11- 219 JST  (RNBx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

=====================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[ ]  **Western Division**
     **312 N. Spring St., Rm. G-8**
     **Los Angeles, CA 90012**

[X]  **Southern Division**
     **411 West Fourth St., Rm. 1-053**
     **Santa Ana, CA 92701-4516**

[ ]  **Eastern Division**
     **3470 Twelfth St., Rm. 134**
     **Riverside, CA 92501**

Failure to file at the proper location will result in your documents being returned to you.

JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
Christopher Q. Pham, SBN: 206697
6355 Topanga Canyon Blvd., Suite 115
Woodland Hills, CA 91367
Tel. No.: (818) 888-7540 Fax: (818) 888-7544

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACHBODY, LLC, a California Limited Liability Company, <br><br> PLAINTIFF(S) <br><br> v. <br><br> PRASHANT VIRA, an Individual d/b/a SWIFT UNLOCKS, and Does 1-10, Inclusive, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> SACV 11-00219 JST (RNBx) <br><br> SUMMONS |

TO:   DEFENDANT(S): PRASHANT VIRA, an Individual d/b/a SWIFT UNLOCKS, and Does 1-10, Inclusive,

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.   The answer or motion must be served on the plaintiff's attorney, Christopher Q. Pham, Esq._____, whose address is 6355 Topanga Canyon Blvd., Suite 115 Woodland Hills , CA 91367_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   1 FEB 2011

By: _____
Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*