JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 115
Woodland Hills, California 91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

Attorneys for Plaintiff
BEACHBODY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACHBODY, LLC, a California Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>PRASHANT VIRA, an Individual d/b/a SWIFT UNLOCKS, et al.,<br><br>Defendants. | Case No.: SACV11-00219 JST (RNBx)<br><br>**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]**<br><br>Complaint served:    Mar. 28, 2011<br>Initial response date: May 27, 2011<br>New response date:   June 24, 2011 |

TO THE HONORABLE COURT:

Plaintiff BEACHBODY, LLC ("Plaintiff"), through its counsel, and Defendant PRASHANT VIRA ("Defendant"), do hereby stipulate and agree that

1  Defendant shall have an additional extension of time to file a response to Plaintiff's
2  Complaint up to and including June 24, 2011 as the parties are presently engaged
3  in good faith settlement negotiations.
4
5  DATED: June 8, 2011                    JOHNSON & PHAM, LLP
6
7
                                          By: /s/ M. F. C.
8                                         Marcus F. Chaney, Esq.
                                          Attorneys for Plaintiff
9                                         BEACHBODY, LLC
10
11 DATED: June __, 2011
12
13
                                          By: /s/ Prashant
14                                        PRASHANT VIRA
15                                        Defendant

- 2 -
SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Johnson & Pham 6355 Topanga Canyon Blvd., Suite 115, Woodland Hills, CA 91367. On June 9, 2011, I served the within document(s):

**SECOND STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS [L.R.8-3] AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

Kenneth Ohashi, Esq.
Wang,Hartmann,Gibbs & Cauley, PLC
1301 Dove Street, Sutie 1050
Newport Beach, CA 92660

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 9, 2011, at Los Angeles, California.

_____
Nora Ivy Ounjian

LA/609087v1