JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Marcus F. Chaney, SBN: 245227
    E-mail: mchaney@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 115
Woodland Hills, California 91367
Telephone:  (818) 888-7540
Facsimile:   (818) 888-7544

Attorneys for Plaintiff
BEACHBODY, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BEACHBODY, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>PRASHANT VIRA, et al.,<br><br>Defendant. | Case No.: SACV11-00219 JST (RNBx)<br><br>**STIPULATION FOR ENTRY OF PERMANENT INJUNCTION AGAINST DEFENDANT PRASHANT VIRA** |

Plaintiff BEACHBODY, LLC ("Plaintiff"), through its counsel, and Defendant PRASHANT VIRA ("Defendant"), hereby stipulate to entry of the [Proposed] Permanent Injunction in the form and content set forth in Exhibit A attached hereto. The parties hereto stipulate and agree as follows:

1. This case involves Plaintiff's claims of federal Trademark and Copyright Infringement arising under 15 *U.S.C.* §1114 and 17 *U.S.C.* §501, False

Designation of Origin under 15 *U.S.C.* §1125(a), Trademark Dilution under 15 *U.S.C.* §1125(c), Unfair Business Practices pursuant to *California Business & Professions Code* §17200, Declaratory Relief, Accounting, and Unjust Enrichment.

2. The Court has supplemental jurisdiction over Plaintiff's claims arising under California statutory and common law pursuant to 28 *U.S.C.* §1367 because they are so related to the federal claims as to form part of the same case or controversy.

3. Plaintiff is a limited liability company organized and existing under the laws of the State of California with an address of 3301 Exposition Blvd., Santa Monica, CA 90404.

4. Defendant is an individual residing in Anaheim, CA.

5. Plaintiff is the source of the BEACHBODY® line of products and services, including the P90X®-branded products and services, and uses and owns various trademarks, copyrights and other intellectual property on and in connection with such products and services, including, among others, its BEACHBODY® word and design marks, its P90X® word and design marks, its copyrights in and related to its fitness videos, websites, text and other works of authorship, along with various trademark and copyright applications and registrations therefor in the United States and abroad.

6. Consumers and/or purchasers in the United States have come to recognize Plaintiff's marks, including but not limited to the BEACHBODY® and P90X® marks, and Plaintiff has acquired a valuable reputation and goodwill among the public as a result of such association. Indeed, the P90X® marks are famous in the United States.

7. Defendant has sold P90X®-branded fitness products bearing and/or utilizing one or more of Plaintiff's trademarks and copyrights in an unauthorized manner.

///

8. Defendant acknowledges and does not contest Plaintiff's exclusive rights in and to Plaintiff's BEACHBODY® and P90X® trademarks and copyrights, including the exclusive right to distribute products utilizing Plaintiff's BEACHBODY® and P90X® trademarks and copyrights.

9. Defendant acknowledges that his conduct has infringed Plaintiff's rights; and that his activity constitutes federal Trademark Infringement, Copyright Infringement, False Designation of Origin, Dilution, and Unfair Business Practices under California law.

10. Plaintiff has no adequate remedy at law for the acts of Defendant complained of herein, or for the acts of any third parties who have acted in concert with and at the direction of Defendant, as injury to Plaintiff's reputation and goodwill cannot be quantified and such injury cannot be compensated by monetary amounts.

11. A true copy of the [Proposed] Permanent Injunction against Defendant is attached hereto as Exhibit A.

IT IS SO STIPULATED by the parties hereto:

Dated: July 27, 2011          JOHNSON & PHAM, LLP

                              By: _____
                              Marcus F. Chaney, Esq.
                              Attorneys for Plaintiff
                              BEACHBODY, LLC

Dated: July 27, 2011

                              By: _____
                              Defendant
                              PRASHANT VIRA d/b/a SWIFT UNLOCKS

- 3 -
STIPULATION FOR ENTRY OF PERMANENT INJUNCTION

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Johnson & Pham 6355 Topanga Canyon Blvd., Suite 115, Woodland Hills, CA 91367. On July 29, 2011, I served the within document(s):

**STIPULATION FOR ENTRY OF PERMANENT INJUNCTION AGAINST DEFENDANT PRASHANT VIRA AND [PROPOSED] PERMANENT INJUNCTION AGAINST DEFENDANT PRASHANT VIRA**

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via UNITED PARCEL SERVICE.

Kenneth Ohashi, Esq.
Wang, Hartmann, Gibbs & Cauley, PLC
1301 Dove Street, Sutie 1050
Newport Beach, CA 92660

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 29, 2011, at Los Angeles, California.

_____
Nora Ivy Ounjian

LA/609087v1